KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
  *bdeixler@kbkfirm.com*
George E. Pence (257595)
  *gpence@kbkfirm.com*
William A. Jacobson (287593)
  *wjacobson@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:  310.556.2705

JS-6

Attorneys for Plaintiff
NELI NENKOVA ANGELOVA,
as Trustee of the Beck Family Trust
Dated January 31, 1990

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NELI NENKOVA ANGELOVA, as Trustee of the Beck Family Trust Dated January 31, 1990,<br><br>               Plaintiff,<br><br>     v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION aka FREDDIE MAC, a Federally Chartered Corporation Headquartered in Virginia; all persons unknown claiming any legal or equitable estate, interest, lien, right, or title in the property described in the complaint adverse to Plaintiff's title or asserting any cloud on Plaintiff's title to property; and DOES 1-10 inclusive,<br><br>               Defendants. | Case No. 2:13-cv-01414-RGK(PJWx)<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. R. Gary Klausner<br><br>Crtrm.: 850 |

169037.1

[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

# [~~PROPOSED~~] ORDER

Upon consideration of the Parties' Stipulation of Dismissal and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action, including all claims by Plaintiff Neli Nenkova Angelova, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees;

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994) (stipulation of dismissal may provide that dismissal is subject to conditions, such as the court retaining jurisdiction to enforce a settlement agreement).

Dated: January 27, 2014

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

169037.1

1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE